UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAMAS JONAS,

                       Plaintiffs,

      -against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44
DEVELOPERS LLC and BLDG 44 LLC, SUFFOLK
CONSTRUCTION COMPANY INC. and
NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

                       Defendants.
------------------------------------------------------------------X
NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK
CONSTRUCTION COMPANY INC. and
NOBLE/SUFFOLK, A JOINT VENTURE, LLC

                       Third-Party Plaintiffs,

      -against-

WINDOWS FASHIONS, LLC d/b/a/BEACON
INTERIORS,

                       Third-Party Defendant.
------------------------------------------------------------------X

Index No.: 19-CV-5574 (AT)

***DISCLOSURE STATEMENT RULE 26***

**PLEASE TAKE NOTICE** that the defendant(s), ERIKA SZENTE CUSTOM WINDOW THREATMENT LLC i/s/h/a WINDOWS FASHIONS, LLC d/b/a/BEACON INTERIORS, by their attorneys, THE LAW OFFICE OF JAMES J. TOOMEY, as and for its Initial Disclosures pursuant to FRCP Rule 26, sets forth the following upon information and belief:

    1.    *Persons with Discoverable Information that may use to Support its Claims or Defenses*.

Defendant is aware of the following individual(s) with knowledge of the accident and operation of the vehicle:

    1. Everyone who is a party to the lawsuit and represented by counsel, including officers and employees of the named companies.

    2. Engles Vitiello

3. Adam Szabo

Defendant is presently unaware of any eyewitness to the subject accident, other than what may be in the possession of other parties.

Defendant has not yet identified, designated or retained any experts to testify at trial. When such experts are known, appropriate disclosures will be made in accordance with the Federal Rules of Civil Procedure and said opinions will be relied on in the defense of this case.

2. **_Discoverable Documents which may used to support its claims or defenses:_**

   A. Annexed as Exhibit "A" is a copy of the C-3 report for the subject accident.

   B. Annexed as Exhibit "B" is a color photograph of plaintiff.

   C. Annexed as Exhibit "C" is a statement made by Engles Vitiello.

   D. Annexed as Exhibit "D" are copies of screen shot texts

   E. Annexed as Exhibit "E" is a copy of Affidavit of Erika Szente.

   F. Annexed as Exhibit "F" is a police notice.

   G. Annexed as Exhibit "G" is a copy of AR Woodworks Statement by Adam Szabo.

   H. Annexed as Exhibit "H" is a copy of Workers Compensation Application for Board Review.

   I. Annexed as Exhibit "I" is a copy of telephone messaging.

   J. Any and all medical records as well as diagnostic tests prepared in connection with plaintiff's medical treatment for injuries sustained in the subject accident.

   K. Any and all casualty insurance policies covering the date of the loss including all additional insured endorsements.

   L. Any and all documents exchanged by the other parties to this lawsuit.

   M. Any and all opinions made by defendants' IME doctors.

   1. **_Computation of Damages_**. Not applicable to this defendant.

3. *Insurance Coverage*. On the date of the subject loss, this defendant was provided insurance coverage by with a general liability policy limit of $1,000,000 per occurrence/aggregate, policy number 680-8E772703 with The Travelers Casualty Insurance Company of America.

**PLEASE TAKE FURTHER NOTICE** that the Defendant reserves the right to supplement and/or amend this disclosure, if or when additional or different information becomes available, up to and including the time of trial, pursuant to the appropriate Rules of the Court.

Dated: New York, New York
December 23, 2019

Yours, etc.

*Law Office Of*
**JAMES J. TOOMEY**

_____
By: FREDERICK D. SCHMIDT JR. (FDS-8821)
Attorneys for Defendant(s)
ERIKA SZENTE CUSTOM WINDOW
THREATMENT LLC i/s/h/a WINDOWS
FASHIONS, LLC d/b/a/BEACON INTERIORS
**Mailing Address[1]**
P.O. Box 2903
Hartford, CT 06104-2903
T: (917) 778-6600
F: (877) 890-1328
Matter No.: 2019014984FDS

TO:

RONAI & RONAI LLP
Attorney(s) for Plaintiff
**TAMAS JONAS**
34 Adee Street
Port Chester, NY 10573
914-824-4777

FABIANI COHEN & HALL LLP
Attorneys for Defendant(s)

---
[1] **Office Address:** 485 Lexington Avenue, 7th Floor, New York, NY 10017

**NOBLE CONSTRUCTION GROUP, LLC,**
**SUFFOLK CONSTRUCTION COMPANY INC.**
**and NOBLE/SUFFOLK, A JOINT VENTURE, LLC**
570 Lexington Avenue, 4th floor
New York, NY 10022
212-644-4420

PERRY VAN ETTEN ROZANSKI & KUTNER LLP
Attorneys for Defendants
**BLDG 44 DEVELOPERS LLC and BLDG 44 LLC**
60 Broad Street,, Suite 3600A
New York, NY 10004