UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMAS JONAS,

          Plaintiff,

       -against-

NOBLE CONSTRUCTION GROUP, LLC, et al.,

          Defendants,
------------------------------------------------------------X
NOBLE CONSTRUCTION GROUP, LLC, et al.,

          Third-Party Plaintiffs,

       -against-

WINDOWS FASHIONS, LLC d/b/a BEACON INTERIORS,

          Third-Party Defendant.
------------------------------------------------------------

**ORDER**

19-CV-5574 (JMF) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the parties to the above-captioned action confer and, thereafter, provide to the Court three dates on which all parties are available to participate in a settlement conference. The conference will likely be held via telephone.

Dated: New York, New York
       July 9, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE