```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

          Plaintiff,

-against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44 DEVELOPERS LLC and BLDG 44 LI LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

          Defendants.

NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

          Third-Party Plaintiffs,

-against-

WINDOWS FASHIONS, LLC d/b/a/BEACON INTERIORS,

          Third-Party Defendant.

19 Civ. 5574 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 94, 95. Defendant Erika Szente Custom Window Treatments LLC's request to extend the fact discovery deadline is GRANTED in part, DENIED in part. Accordingly, the parties shall complete all fact discovery by **November 16, 2020**.

    The case management conference scheduled for November 16, 2020, is ADJOURNED to **December 1, 2020**, at **10:40 p.m.** By **November 24, 2020**, the parties shall submit their joint status report.

    The Clerk of Court is directed to terminate the motion at ECF No. 94.

    SO ORDERED.

Dated: October 30, 2020
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge