```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

                Plaintiff,

        -against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG
44 DEVELOPERS LLC, SUFFOLK
CONSTRUCTION COMP ANY INC. and
NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

                Defendants.

NOBLE CONSTRUCTION GROUP, LLC,
SUFFOLK CONSTRUCTION COMP ANY INC.
and NOBLE/SUFFOLK, A JOINT VENTURE,
LLC,

                Third-Party Plaintiffs,

        -against-

WINDOWS FASHIONS, LLC d/b/a/BEACON
INTERIORS,

                Third-Party Defendant.

19 Civ. 5574 (AT)

**PRETRIAL
SCHEDULING ORDER**

ANALISA TORRES, United States District Judge:

      On November 30, 2020, Plaintiff sought leave to file a motion for summary judgment and noted that he was not able to submit a Rule 56.1 statement by the deadline.  ECF No. 100. Accordingly, Plaintiff's request for a pre-motion conference is DENIED, and leave to file a summary judgment motion is GRANTED.  By **December 29, 2020**, Plaintiff shall submit his Rule 56.1 statement, including Defendants' responses, in accordance with Paragraph III.C of the Court's Individual Practices in Civil Cases.  By **January 29, 2021**, Plaintiff shall file his motion for summary judgment.  By **February 26, 2021**, Defendants shall file their oppositions, and by **March 12, 2021**, Plaintiff shall reply.

      On December 1, 2020, the Court held a case management conference and scheduled trial for May 17, 2021.  Accordingly, the parties shall submit a joint pre-trial order by **April 9, 2021**.

      The joint pre-trial order and related submissions are to be submitted as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices, the parties shall submit a proposed joint pre-trial order to the Court by PDF and Word attachment to an e-mail by

**April 9, 2021**, at **5:00 p.m.**

In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pre-trial order all required pre-trial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **April 9, 2021**, one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

In accordance with Paragraph V.F of the Court's Individual Practices, by **April 16, 2021**, at **5:00 p.m.**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pre-trial memorandum.

Counsel for all parties shall appear for a final pre-trial conference on **May 12, 2021**, at **10:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **May 17, 2021**.  In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m.  During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

SO ORDERED.

Dated:  December 22, 2020
New York, New York

ANALISA TORRES
United States District Judge