UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TAMAS JONAS,

                              Plaintiff,

            - against -                                            ORDER
                                                                         19-CV-5574 (AT)(KNF)

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44
DEVELOPERS LLC, BLDG 44 LI LLC, SUFFOLK
CONSTRUCTION COMPANY, INC., NOBLE/
SUFFOLK, A JOINT VENTURE, LLC, and ERIKA
SZENTE CUSTOM WINDOW TREATMENTS LLC
d/b/a BEACON INTERIORS,

                              Defendants.
------------------------------------------------------------------------X
NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK
CONSTRUCTION COMPANY, INC., and NOBLE/
SUFFOLK, A JOINT VENTURE, LLC,

                            Third-Party Plaintiffs,

            -against-

WINDOWS FASHIONS, LLC d/b/a/ BEACON
INTERIORS,

                            Third-Party Defendant.
------------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on March 11, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York
      January 21, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE