UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TAMAS JONAS,

                      Plaintiff,

      - against -                                 ORDER
                                                       19-CV-5574 (AT)(KNF)

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44
DEVELOPERS LLC, BLDG 44 LI LLC, SUFFOLK
CONSTRUCTION COMPANY, INC., NOBLE/
SUFFOLK, A JOINT VENTURE, LLC, and ERIKA
SZENTE CUSTOM WINDOW TREATMENTS LLC
d/b/a BEACON INTERIORS,

                      Defendants.
------------------------------------------------------------------------X
NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK
CONSTRUCTION COMPANY, INC., and NOBLE/
SUFFOLK, A JOINT VENTURE, LLC,

                      Third-Party Plaintiffs,

      -against-

WINDOWS FASHIONS, LLC d/b/a/ BEACON
INTERIORS,

                      Third-Party Defendant.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled previously for March 11, 2021, is hereby rescheduled to March 31, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                    SO ORDERED:
         March 11, 2021

                                                       _____
                                                       KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE