RONAI & RONAI, LLP
ATTORNEYS AT LAW

THE RONAI BUILDING
34 ADEE STREET
PORT CHESTER, NY 10573
TELEPHONE (914) 824-4777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

April 2, 2021

**VIA ECF**

Honorable Justice Analisa Torres
United States District Judge
US District Court, Courtroom 15D
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

|     |              |   |                                              |
|-----|--------------|---|----------------------------------------------|
| Re: | Claimant     | : | Tamas Jonas                                  |
|     | Case Number: |   | 1:19-cv-05574-AT                             |
|     | Insured      | : | Noble Construction Group, LLC                |
|     | D/Occ.       | : | 3/22/2019                                    |
|     | Location     | : | 222 East 44th Street, New York, NY           |
|     | Court        | : | U.S. District Court, Southern District of NY |

Dear Honorable Justice Torres:

We represent plaintiff Tamas Jonas in an action for personal injuries against defendants for violations under New York State Labor Law sections 200, 240(1) and 241(6). The within is respectfully submitted jointly with the consent of all parties in support of an application to adjourn the trial from May 17 to July 19. Because this application is being made on consent and the April 9 end date for filing the Joint Pre-Trial Order is rapidly approaching, the parties additionally agree to waive the 48-hour notice requirement for this letter motion.

As a threshold matter, there are multiple defendants, a third-party action and five potential fact witnesses not including Mr. Jonas. In addition, there are potentially nine expert witnesses, two which will be required to travel from outside of New York State. Recent reports from the CDC state indicate that the expectation is for Covid vaccination rates to be increased and for expansion of eligibility by May 1. Accordingly, a July trial date may be at a time when people can assemble indoors with lesser risk.

In addition, on March 19, 2021 the reply papers in support of plaintiff's motion for summary judgment were filed and submitted. On March 31 the parties had a settlement conference by telephone before Magistrate Judge Kevin N. Fox. It is respectfully submitted that a July trial date would permit the parties to reevaluate their positions after an order deciding the motion and would allow time for further settlement discussions.

Therefore, it is requested that the Court issue an order adjourning the trial date to July 19 and enlarging the end date for filing the Joint Pre-Trial Order to no earlier than June 11.

[2167142/1]

Thank you for hearing our entreaty.

Respectfully submitted,

/s/

BY: Holly Ostrov Ronai (HO3923)
RONAI & RONAI, LLP
Attorneys for Plaintiff
The Ronai Building
34 Adee Street
Port Chester, NY 10573

*Robert M. Conti*

BY: Robert M. Conti
(RC 7517)
FABIANI COHEN & HALL, LLP
Attorneys for Defendants/Third-Party
Plaintiffs, BUILDING 44 LI, and
NOBLE/SUFFOLK, J.V., et al
570 Lexington Avenue, Fourth Floor
New York, NY 10022
(212) 644-4400

BY: /s/
LAW OFFICE OF JAMES J. TOOMEY
Attorneys for Defendant
ERIKA SZENTE CUSTOM WINDOW
TREATMENTS LLC d/b/a BEACON
INTERIORS
Attorneys for Third-Party Defendant
WINDOW FASHIONS, LLC d/b/a
BEACON INTERIORS
P.O. Box 2903
Hartford, Connecticut 06104-2903

DENIED.

SO ORDERED.

Dated: April 5, 2021
New York, New York

**ANALISA TORRES**
United States District Judge