```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

           Plaintiff,

   -against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44 DEVELOPERS LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

           Defendants.

NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

           Third-Party Plaintiffs,

   -against-

WINDOWS FASHIONS, LLC d/b/a/ BEACON INTERIORS,

           Third-Party Defendant.

19 Civ. 5574 (AT)

**AMENDED PRETRIAL SCHEDULING ORDER**

ANALISA TORRES, United States District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 151, 153–55. Accordingly, the pretrial scheduling order is amended as follows.

    On December 1, 2020, the Court held a case management conference and scheduled trial for May 17, 2021. Accordingly, the parties shall submit a joint pretrial order by **April 9, 2021**.

    In accordance with Paragraph V.F of the Court's Individual Practices, by **April 16, 2021**, at **5:00 p.m.**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pretrial memorandum.

    Counsel for all parties shall appear for a final pretrial conference on **July 12, 2021**, at **10:40 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The Court, utilizing the procedures within this District governing the scheduling of jury

trials during the COVID-19 pandemic, will seek to schedule a jury trial for **July 19, 2021**. In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

      Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

      SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge