USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

        Plaintiff,

-against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44 DEVELOPERS LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

        Defendants.

NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

        Third-Party Plaintiffs,

-against-

WINDOWS FASHIONS, LLC d/b/a/ BEACON INTERIORS,

        Third-Party Defendant.

19 Civ. 5574 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 163, 169–73, and the parties' submissions at ECF Nos. 156–57, 162, 165. Accordingly, Plaintiff's request to file the amended proposed jury charge at ECF No. 163-1 is GRANTED.

    In accordance with the Court's Individual Practices, motions to exclude the testimony of experts "shall be made by the deadline for dispositive motions and shall not be treated as motions *in limine*." Individual Practices in Civil Cases § III.L. Accordingly, the parties' untimely motions to exclude expert testimony, improperly styled as motions *in limine*, at ECF Nos. 156 at 21, 157, 162 at 19–20, 165 at 2–3 are DENIED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 157, 163, 171, 173.

SO ORDERED.

Dated: April 22, 2021
       New York, New York

                                                          ANALISA TORRES
                                               United States District Judge