UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

    Plaintiff,

-against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44 DEVELOPERS LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

    Defendants.

NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

    Third-Party Plaintiffs,

-against-

WINDOWS FASHIONS, LLC d/b/a/ BEACON INTERIORS,

    Third-Party Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/2021_

19 Civ. 5574 (AT)

**AMENDED PRETRIAL SCHEDULING ORDER**

ANALISA TORRES, United States District Judge:

    The final pretrial conference scheduled for July 12, 2021, is ADJOURNED *sine die*.

    The trial scheduled for July 19, 2021, is ADJOURNED *sine die*. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the first calendar quarter of 2022. By **October 18, 2021**, the parties shall submit blackout dates for trial.

    In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

SO ORDERED.

Dated: July 9, 2021
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge