UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAS JONAS,

                Plaintiff,

-against-

NOBLE CONSTRUCTION GROUP, LLC, BLDG 44 DEVELOPERS LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC, and ERIKA SZENTE CUSTOM WINDOW TREATMENTS LLC d/b/a BEACON INTERIORS,

                Defendants.

NOBLE CONSTRUCTION GROUP, LLC, SUFFOLK CONSTRUCTION COMPANY INC. and NOBLE/SUFFOLK, A JOINT VENTURE, LLC,

                Third-Party Plaintiffs,

-against-

WINDOWS FASHIONS, LLC d/b/a/BEACON INTERIORS,

                Third-Party Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2021_

19 Civ. 5574 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' submission dated October 21, 2021. ECF No. 192. By **October 26, 2021**, the parties shall submit blackout dates for trial for the first and second quarters of 2022. The submission must include the dates in those two quarters for which the parties are **not** available for trial.

       SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge