UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TAMAS JONAS,

                                    Plaintiff,

                 -against-

NOBLE CONSTRUCTION GROUP, LLC, et al.,

                                 Defendants.

------------------------------------------------------------------X

19-CV-05574 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

     A settlement conference is scheduled for Wednesday, November 3, 2021, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information before the conference.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, October 29, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                                       SARAH NETBURN
                                                                                       United States Magistrate Judge

Dated:     October 25, 2021
               New York, New York